IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACKIE FITZGERALD, | ) | Case No. 8:04cv188 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement of the claims of this plaintiff given to the magistrate judge, by counsel for parties during the telephone conference hearing on September 29, 2005,

**IT IS ORDERED:**

1. On or before **November 2, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any hearings or deadlines set in this case are cancelled upon the representation that this case is settled.

Dated this 4th day of October 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge