IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACKIE FITZGERALD, | ) | Case No. 8:04CV188 |
| | ) | (MDL 1597) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY and THE BOARD OF TRUSTEES OF UNION PACIFIC RAILROAD EMPLOYEES HEALTH SYSTEMS, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 102). I find that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii), and therefore, the stipulation should be approved and the First Amended Complaint should be dismissed. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 102) is approved and the relief requested therein shall be granted;

2. The First Amended Complaint in <u>Jackie Fitzgerald v. Union Pacific Railroad Company and The Board of Trustees of Union Pacific Railroad Employees Health Systems</u>, originally filed as Civil Action No. 03-283-KI in the District of Oregon, subsequently filed in this Court as Civil Action No. 8:04CV188 (Filing No. 22), and consolidated for disposition of common issues with Case No. 8:03CV437 on July 30. 2004 (Filing No. 111), is dismissed with prejudice; and

3. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement in the event of a dispute for up to one year following the date of the parties' stipulation.

Dated this 2nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge